No. 87–1628. SMITH ET AL. *v.* MICHIGAN DEPARTMENT OF TREASURY ET AL. Ct. App. Mich. Certiorari denied. ██

No. 87–1634. PHOTOTRON CORP. *v.* EASTMAN KODAK CO. ET AL. C. A. 5th Cir. Certiorari denied. ██

No. 87–1635. ALVAREZ, FOR USE AND BENEFIT OF AMERICAN HOME INSURANCE CO. *v.* MERRILL STEVENS DRY DOCK CO. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. ██

No. 87–1636. RICHMOND NEWSPAPERS, INC., ET AL. *v.* LIPSCOMB. Sup. Ct. Va. Certiorari denied. ██

No. 87–1637. ZANT, WARDEN *v.* CORN. C. A. 11th Cir. Certiorari denied. ██

No. 87–1641. SCOTT *v.* GEORGIA. Ct. App. Ga. Certiorari denied. ██

No. 87–1644. CONTINENTAL ELECTRIC CO. ET AL. *v.* AMERICAN EMPLOYERS' INSURANCE CO. Sup. Ct. Ala. Certiorari denied. ██

No. 87–1659. FARMERS & MERCHANTS BANK *v.* FORMBY. C. A. 11th Cir. Certiorari denied. ██

No. 87–1678. JOHNSON, WARDEN *v.* DEMOS. C. A. 11th Cir. Certiorari denied. ██

No. 87–1689. CHANDLER *v.* CHANDLER ET AL. C. A. 5th Cir. Certiorari denied. ██

No. 87–1749. HAMPTON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1766. JARAMILLO-MONTOYA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ██

No. 87–5946. JOHNSON *v.* ARTIM TRANSPORTATION SYSTEM, INC., ET AL. C. A. 7th Cir. Certiorari denied. ██